IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:08-cv-00185-RJC-CH

| | |
|---|---|
| DANIEL G. SCHMIDT, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA BANK, N.A., f/k/a | ) |
| FIRST UNION NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER ALLOWING ADMISSION OF OUT OF STATE COUNSEL PRO HAC VICE
## LR 83.1

THIS CAUSE coming on to be heard before the undersigned United States District Judge pursuant to the Application for Admission to Practice Pro Hac Vice by the Plaintiff, Daniel G. Schmidt, III, that the Court allow admission, Pro Hac Vice of attorney, Susan F. Campbell (Federal I.D. Number 9002), with HOPKINS & CAMPBELL, LLP, 1122 Lady Street, Suite 1010 (29201), Post Office Box 11963, Columbia, South Carolina, 29211-1963; and

It appearing to the Court that such attorney is a member in good standing of the Bar of the Supreme Court of the State of South Carolina; that she will be associated as co-counsel in this action with James R. Gilreath, Bar Number 24994, and that the fee of $250 per attorney as established by LR 83.1 (B) has been submitted; and the Court therefore finding, in the exercise of its discretion, that the Motion for Admission for such attorneys Pro Hac Vice should be allowed;

IT IS NOW, THEREFORE, ORDERED in the discretion of the Court and pursuant to LR 83.1 that Susan F. Campbell (Federal I.D. Number 9002), with HOPKINS & CAMPBELL, LLP, 1122 Lady

Street, Suite 1010 (29201), Post Office Box 11963, Columbia, South Carolina, 29211-1963 be, and the same hereby are, admitted to practice in this action Pro Hac Vice as attorneys for Daniel G. Schmidt, III and as co-counsel with James R. Gilreath subject to all requirements of LR 83.1.

**SO ORDERED**.

Signed: May 7, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge