IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV185-C

| | |
|---|---|
| DANIEL G. SCHMIDT, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| WACHOVIA BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application[s] for Admission to Practice Pro Hac Vice [for John P. Freeman and William E. Hopkins, Jr.]" (documents ##7 and 8) filed May 8, 2008. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: May 9, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge