# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:08-cv-185-RJC

| | |
|---|---|
| DANIEL G. SCHMIDT, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| WACHOVIA BANK, N.A., f/k/a FIRST ) | |
| UNION NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |

Upon Consent Motion of Plaintiff Daniel Schmidt and Defendant Wachovia Bank (Doc. No. 36), and for good cause shown,

**IT IS ORDERED** that the following deadlines set forth in the current Order (Doc. No. 35) amending the initial Case Management Order (Doc. No. 33) are rescheduled as follows:

1. Expert witness discovery from February 1, 2010 to February 19, 2010;

2. Dispositive Motions from February 15, 2010 to March 8, 2010;

3. Mediation on February 2, 2010; and

4. Trial from April 19, 2010 to July 12, 2010.

> **DEADLINES AT A GLANCE**
>
> | | |
> |---|---|
> | **Rule 26 Disclosures:** | February 23, 2009 |
> | **Discovery Completion:** | December 31, 2009 (fact witnesses) |
> | | February 19, 2010 (expert witnesses) |
> | **Expert Reports:** | October 30, 2009 (plaintiff) |
> | | December 31, 2009 (defendant) |
> | **Mediation:** | February 2, 2010 |
> | **Motions:** | March 8, 2010 |
> | **Trial:** | July 12, 2010 |

Signed: February 12, 2010

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge